# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* [http://www.ca9.uscourts.gov/forms/form32instructions.pdf](http://www.ca9.uscourts.gov/forms/form32instructions.pdf)

**9th Cir. Case Number(s)** | 25-7657

**Case Name** | DZ Reserve, et al. v. Meta Platforms, Inc.

Hearing Location (*city*) | San Francisco

Your Name | Matthew W.H. Wessler

List the sitting dates for the two sitting months you were asked to review:

> August 10 - 14, 2026
> August 31 - September 4, 2026

Do you have an irreconcilable conflict on any of the above dates? (●) Yes ( ) No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

> I am unavailable to argue August 10 - 14 due to previously scheduled personal travel.
> I have no conflicts with the August 31 - September 4 sitting.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

( ) Yes (●) No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** | s/Matthew Wessler          **Date** | April 13, 2026

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at [forms@ca9.uscourts.gov](mailto:forms@ca9.uscourts.gov)*

**Form 32**                                                                 *Rev 4/06/2026*