# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

### Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form32instructions.pdf*

**9th Cir. Case Number(s)** | 25-7657

**Case Name** | DZ Reserve, et al. v. Meta Platforms, Inc.

Hearing Location (*city*) | San Francisco

Your Name | Matthew W.H. Wessler

List the sitting dates for the two sitting months you were asked to review:

October 19 - 30, 2026
November 16 - 20, 2026

Do you have an irreconcilable conflict on any of the above dates? ◯ Yes ◉ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

◯ Yes ◉ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** | s/Matthew Wessler **Date** | June 25, 2026

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32** | *Rev 4/06/2026*